CAROLINE M. WAITE, RELATOR, v. GEORGE WASHINGTON, SHERIFF.

*Bastardy act—Compulsory support of infant.*

The Bastardy Act is to secure the public against the necessity of supporting bastard children; and the expense of enforcing it against the father of such a child falls on the public and not on the child's mother.

Mandamus lies to the sheriff to imprison a person convicted under the Bastardy Act when necessary to compel him to contribute to the child's support; and the mother is a proper relator in applying for the writ.

MANDAMUS to require respondent to imprison a person convicted under the Bastardy Act on complaint of the relator. Submitted and granted October 19.

*Frank S. Pratt* for the writ.

MARSTON, C. J.   The primary object contemplated by the statute in proceedings under the Bastardy Act is the protection of the public against all possible danger of being obliged to support the child.   With this object in view the father is required to contribute to its support, and to insure compliance, security is required and imprisonment to compel the giving thereof.   Such proceedings being for the benefit and protection of the public, the expense of the imprisonment must fall upon the people and not upon the mother of the child.   This is the only correct conclusion that can be arrived at under the legislation and late decisions in this State.

It follows that the writ must issue.

The other Justices concurred.